IH-32                                                                    Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

<u>Full Caption of Later Filed Case:</u>

SECURITIES AND EXCHANGE
COMMISSION

| Plaintiff | Case Number |
| --- | --- |
| vs. | 1:26-cv-1738 |
| JEFFREY PUZZULLO | |

Defendant

<u>Full Caption of Earlier Filed Case:</u>

(including in bankruptcy appeals the relevant adversary proceeding)

SECURITIES AND EXCHANGE
COMMISSION

| Plaintiff | Case Number |
| --- | --- |
| vs. | 1:25-cv-02702 |
| RANDALL J. MILLER, CHAD J. MILLER, and JEFFREY DE LAVEAGA | |

Defendant

IH-32

Rev: 2014-1

Status of Earlier Filed Case:

☑ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☐ Open   (If so, set forth procedural status and summarize any court rulings.)

On July 16, 2025, partial judgments by consent were entered against the three defendants to the prior related action (the "Earlier-Filed Case"). These judgments reflect settlement agreements between the Securities and Exchange Commission and the three defendants, pursuant to which the parties resolved liability and certain injunctive relief, but left open the issue of potential monetary relief, which is yet to be decided. This disposition is reflected in the July 16, 2025 judgments. The Court's docket for the Earlier-Filed Case incorrectly indicates the case had been "terminated." The Securities and Exchange Commission intends to contact the Court's clerk to correct the docket.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The current action (the "Later-Filed Case") is related to the Earlier-Filed Case because the two matters concern substantially similar parties, transactions, and events. The complaint for the Earlier-Filed Case alleges that, in August 2020 and June 2021, defendant Randy Miller's company, Legacy Cares, Inc., was the conduit borrower on approximately $284 million in municipal bonds to finance the construction of an Arizona sports facility. According to the complaint, defendants Randy Miller, Chad Miller and Jeffrey De Laveaga, fraudulently misrepresented the expected revenue through fabricated false and materially-altered documents which were then provided to investors. The complaint in the Later-Filed Case alleges that defendant Jeffrey Puzzullo worked with the defendants in the Earlier-Filed Case to create false and materially-altered documents for the same transactions.

All three defendants in the Earlier-Filed Case as well as defendant Jeffrey Puzzullo in the Later-Filed Case are defendants in parallel criminal actions arising out of the same events: _United States v. Randy Miller and Chad Miller_, 1:25-CR-138 (LAK) (SDNY); _United States v. Jeffrey De Laveaga_, 1:25-CR-127  (RA) (SDNY); _United States v. Jeffrey Puzzullo_, 1:25-CR-188 (ALC) (SDNY).

Signature: /s/ William T. Salzmann   Date: March 3, 2026

Securities and Exchange Commission

Firm: