UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,
                              Plaintiff(s)

                                                            26 civ 1738 (JGK)

            -against-

JEFFREY PUZZULLO,
                              Defendant(s).
---------------------------------------------------------------X

## ORDER

        Judgment in this action having been signed on March 5, 2026 and entered on March 6,

2026,

        The Clerk is directed to close this case.

**SO ORDERED.**

                                            _____
                                            **JOHN G. KOELTL**
                                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        March 30, 2026